UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

REBECCA L. DYGERT,
              Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner
of Social Security,
              Defendant.
_____

6:09-CV-0325
(GTS/VEB)

APPEARANCES:

DeSANTIS & DeSANTIS
  Counsel for Plaintiff
286 Genesee Street
Utica, New York 13501

SOCIAL SECURITY ADMINISTRATION
OFFICE OF REGIONAL GEN. COUNSEL
  Counsel for Defendant
26 Federal Plaza, Room 3904
New York, New York 10278

OF COUNSEL:

MICHAEL V. DeSANTIS, ESQ.

CHRISTOPHER J. BRACKETT, ESQ.
DENNIS J. CANNING, ESQ.
SOMMATTIE RAMRUP, ESQ.

HON. GLENN T. SUDDABY, United States District Judge

## **DECISION and ORDER**

The above-captioned action for Social Security benefits, filed by Rebecca Dygert ("Plaintiff") against Social Security Commissioner Michael Astrue ("Defendant"), comes to this Court following a Report-Recommendation by United States Magistrate Judge Victor E. Bianchini, filed on September 7, 2010, recommending as follows: (1) that Plaintiff's motion for judgment on the pleadings be granted; (2) that Defendant's motion for judgment on the pleadings be denied; (3) that Defendant's decision denying disability benefits be reversed; and (4) that the case be remanded to Defendant for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  (Dkt. No. 19.)  Objections to the Report-Recommendation have not been filed and the

time in which to do so has expired. After carefully reviewing all of the papers herein, including Magistrate Judge Bianchini's thorough Report-Recommendation, the Court can find no error in the Report-Recommendation, clear or otherwise. As a result, the Report-Recommendation is accepted and adopted in its entirety; Defendant's motion for judgment on the pleadings is denied; Plaintiff's motion for judgment on the pleadings is granted; Defendant's decision denying disability benefits is reversed; and the case is remanded to Defendant for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

**ACCORDINGLY**, it is

**ORDERED** that Magistrate Judge Bianchini's Report-Recommendation (Dkt. No. 19) is **ACCEPTED** and **ADOPTED** in its entirety; and it is further

**ORDERED** that Plaintiff's motion for judgment on the pleadings (Dkt. No. 13) is **GRANTED**; and it is further

**ORDERED** that Defendant's motion for judgment on the pleadings (Dkt. No. 16) is **DENIED**; and it is further

**ORDERED** that Defendant's decision denying disability benefits is **REVERSED**; and it is further

**ORDERED** that this matter is **REMANDED** to Defendant for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

Dated: September 29, 2010
        Syracuse, New York

_____
Hon. Glenn T. Suddaby
U.S. District Judge